# Addendum to Civil Cover Sheet

1A:  Plaintiff #2:  Nicole Thompson, 1289 Amherst Ave., Union, New Jersey, 07083
      Plaintiff #3:  Steven McDonald, 480 E. 188 St., Apt. 16J, Bronx, N.Y., 10458